Connors & Ferris, Llp v Brown Chiari LLP (2025 NY Slip Op 07123)

Connors & Ferris, Llp v Brown Chiari LLP

2025 NY Slip Op 07123

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, SMITH, DELCONTE, AND HANNAH, JJ.

330 CA 24-01203

[*1]CONNORS & FERRIS, LLP, AND GREGORY R. CONNORS, PLAINTIFFS-APPELLANTS,
vBROWN CHIARI LLP, DEFENDANT-RESPONDENT. 

GROSS SHUMAN P.C., BUFFALO (DAVID H. ELIBOL OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.
BROWN CHIARI LLP, BUFFALO (MICHAEL C. SCINTA OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (John DelMonte, J.), entered July 17, 2024. The order denied the motion of plaintiffs for summary judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on November 7, 2025,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court